466 A.2d 705

Feingold, Appellant v. Gilmore.

Reargument Denied Oct. 25, 1983.

Petition for Allowance of Appeal
Denied Feb. 29, 1984.

Argued September 14, 1982. James L. Womer, Jr., for appellant; Christopher J. Pakuris, for appellee.

Before CERCONE, P.J., McEWEN and HOFFMAN, JJ.

The order of the learned Philadelphia County Common Pleas Court Judge Ethan Allen Doty is affirmed.